No. 84–902. WARDAIR CANADA INC. *v.* FLORIDA DEPARTMENT OF REVENUE. Sup. Ct. Fla. [Probable jurisdiction noted, 474 U. S. 943.] Motion of National Governors' Association et al. for leave to file a brief as *amici curiae* granted.

No. 84–1905. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES *v.* OWENS ET AL. D. C. C. D. Cal. [Probable jurisdiction noted *sub nom. Heckler* v. *Owens*, 474 U. S. 899.] Motion of appellee Buenta Owens to be substituted as representative of appellee Kenneth Owens, deceased, granted.

No. 85–93. BAZEMORE ET AL. *v.* FRIDAY ET AL.; and
No. 85–428. UNITED STATES ET AL. *v.* FRIDAY ET AL. C. A. 4th Cir. [Certiorari granted, 474 U. S. 978.] Motion of respondents for divided argument denied. JUSTICE BRENNAN would grant this motion.